IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                               Chapter 13

   Edward M. Briarton and                   Case No. 07-17153
   JoAnn Briarton,
           Debtor(s).                    Honorable Jack B. Schmetterer

### RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT

NOW COMES JP Morgan Chase Bank, National Association (hereinafter "JP Morgan"), by and through its attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and for its Response to Trustee's Notice of Payment of Final Mortgage Cure Amount, states as follows:

1. On or about October 17, 2007, JP Morgan filed its Proof of Claim as Claim Number 5-1 for a sum of $5,898.33 in pre-petition arrears.

2. The Debtors' Modified Chapter 13 Plan filed on October 20, 2007 and confirmed on November 7, 2007 set-forth a pre-petition arrearage amount owed to JP Morgan in the amount of $5,898.33.

3. JP Morgan's pre-petition arrears of $5,898.33 were paid by the Chapter 13 Trustee in full.

4. The Debtors' post-petition payments to JP Morgan were to be paid by the Debtors directly "outside" of the plan.

5. The Debtors are currently due for two mortgage payments for the monthly payments due June 2010 through July 2010 in the amount of $1,955.43 per month for a total default of $3,910.86 as of July 16, 2010.

-2-

WHEREFORE, JP Morgan Chase Bank, National Association prays that the Court declare that the post-petition payments are not current at this time.

> JP MORGAN CHASE BANK, National Association
>
> By: *[signature]*
> One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #6274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719